

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2020

No. 04-20-00077-CV

**THE CITY OF SAN ANTONIO**,
Appellant

v.

Suzanne L. **SMITH** and Claudia Acevedo,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI19949 2018CI22682
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant's unopposed motion for a thirty-two day extension of time to file appellant's brief is GRANTED. It is ORDERED that appellant's brief is due no later than August 31, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court